EXHIBIT "A"

On March 30, 2018, Ms. Parkinson questioned Federation officials, using the USEF Customer Care Portal, if in fact the USEF had any rules or regulations against the types of behaviors which Kanarek was inflicting upon her:

> **From:** Kat Parkinson [mailto:pnwandb@hotmail.com]
> **Sent:** Friday, March 30, 2018 8:29 PM
> **To:** USEF Customer Care <customercare@usef.org>
> **Subject:** Harrassment
>
> Hi, does the USEF have any rules/regulations against members bullying, harassing and cyber stalking other people in the equine industry? Thanks, Kathryn