EXHIBIT "B"

      A short time later the automated portal attendant acknowledged Ms. Parkinson's question:



customercare@usef.org

to me

3/30/2018 View details

Thank you for emailing USEF Customer Care. We are currently out of the office. Your request is important to us and we will respond as soon as possible during normal business hours. We are open M-F 8:30a.m. to 5p.m. ET.

Sincerely,

USEF Customer Care