EXHIBIT "C"

On April 2, 2018, at 11:06 AM Customer Care forwarded Ms. Parkinson's question to USEF Regulation Dept. Director Emily Pratt:

**From:** USEF Customer Care
**Sent:** Monday, April 02, 2018 11:06 AM
**To:** Emily Pratt <epratt@usef.org>
**Subject:** FW: Harrassment