EXHIBIT "D"

On April 2, 2018, at 1:15 PM Director Pratt responded directly to Ms. Parkinson informing her that in fact the Federation had a Safe Sport policy covering exactly the forms of abuse which Kanarek was inflicting upon Ms. Parkinson:

> On Apr 2, 2018 1:15 PM, Emily Pratt <epratt@usef.org> wrote:
>
> Hi Kathryn,
>
> The Federation has a Safe Sport Policy (see attached) that covers all of the areas mentioned in your email below as well as a Safe Sport Incident Report Form for reporting potential violations of the policy. In addition to the attached policy, our website has a dedicated page regarding Safe Sport that provides additional information and resources on this topic. I would encourage you to visit the page here https://www.usef.org/compete/resources-forms/rules-regulations/safe-sport.
>
> If you have any specific questions or concerns, I would be happy to help you.
>
> Kind Regards,
>
> Emily
>
> **EMILY PRATT**
> [illegible]
> t [illegible] f [illegible]
> e epratt@usef.org