EXHIBIT "E-1"

KATHERINE "KAT" PARKINSON

Ms. Parkinson "worked" for Lauren Kanarek as assistant for some period of time in 2017. Finally Ms. Parkinson quit, Kanarek began to emotionally Ms. Parkinson as well as to make horrible comments about her on public forums. Additionally waged an all-out attack on Ms. Parkinson's business "Professional Braiding and Nightwatch". The following social media postings began on February 5, 2018 continued to be posted until the time Ms. P. reported Kanarek to USEF. It is A CERTAINTY Ms. Parkinson forwarded these items to USEF as The items speak for themselves and ABSOLUTELY constitute MULTIPLE violations of the SAFESPORT

Those posts include defamation, slander, etc to destroy Parkinson's business and unbelievably accusations on insurance fraud as well as sexual exploitation of children:

```
Posted 2018-02-05 00:40:54 UTC
Status Kat Parkinson - I gently suggest you remove your threatening Venmo request to
       parents .... Immediately. Actually..... bark up that tree. If you thought MY bite was
       bad.... It's a bee sting compared to those who raised me. Go extort someone who
       doesn't have the time or resources to shut you down. (Your erroneous and frivolous
       law suits against Walmart & innocent young drivers must not have worked out
       huh....☹☹☹☹) No one has thought about you or mentioned you in months. I find your
       Venmo requests to my father to be threatening and will treat it as such. Public
       announcement 5,000 Dollars. #stalker #freak #joawry #[illegible]
       #notreallyasking
Mobile true
```

**User** [illegible]
**Text** Thank [illegible]. Mostly, my region's managers [illegible] know the situation and I have handled it like Grade A [illegible]. Then, I can only say time just know the situation so I've provided it. I wouldn't be able to just an ounce of sleep if I knew this person were "in charge" of watching over my [illegible] night at a show. Braiding I can do myself if needed. My [illegible] on my hips etc.
**Time** [illegible]

**User** [illegible]
**Text** [illegible] struggle but [illegible] living horses [illegible] accident [illegible] then if knows other [illegible] barn fire, tending to her. Needs [illegible] get very [illegible] but less sleep when a [illegible] watching person is on site [illegible]
**Time** [illegible]

**Author** [illegible]
**Sent** [illegible]
**Body** Hey [illegible] First thing you find is has been [illegible] of law properly [illegible] and barns [illegible] like wind, ventilation [illegible].

On KP [illegible] incident, I don't even know where to start. As default contemplan her [illegible] she moved. If you don't already know it, for [illegible] ASE don't know it. Also, this [illegible] reason I won't show up the same time I told her KP, but during [illegible] so, KP [illegible] actually do the Nunt watch her bridge, hey [illegible] knows [illegible] about horses and symptoms of things when [illegible] could go wrong [illegible] Liz Blomberg's [illegible] run around loose [illegible] eight & they didn't even bother to call Liz. Someone else had to tell her "hey, your horse is running around the property" [illegible] Ok. But KP refused to answer for it.

Next, she has been pretending that she has him, or puzzles in her [illegible] also named "Kat," but only goes by "Katherine" in order to my clients money- then say "it was the other Kat who you paid." Therefore, KP would collect money- not bring her to be able to [illegible] was a mere mix up of names. No.

Additionally, KP worked for me briefly. She used to work for Bo Bass & I thought, "what could go wrong?" LOL Well... I should have called Beth first to see how that ended. I [illegible] quickly learned KP wasn't working at all on days she was supposed to be, just not showing up at all. She'd SAY she worked, but my mini cameras said otherwise. Also, almost everyday she'd demand cash advances or claim she literally could not feed herself if I didn't advance her two/3 weeks pay. That is my [illegible]. Most concerning of all is I had my PI look into her. He found out she [illegible] a penchant for stalking [illegible] people with money [illegible] setting them up for a law suit. She has a long, long, LONG story of fake accident claims, sending her KIDS (who are both 18+) to [illegible] men & women into bathrooms & then say they were "molested." KP asked me legal advice (her stupidity there) regarding a matter with Wa [illegible] She [illegible] her spot work there then turn it as [illegible] assault [illegible] with a man in the bathroom (where [illegible] happened whatsoever.) I have the entire text exchange between the two [illegible] from after the incident [illegible] and tried to sue them [illegible] for sexual harass [illegible] in the workplace!"

[illegible]

[illegible]







○ ⬤ ... Akers Collins and 8 others    >  👍     ○ ⬤ ... S... a Aker... others

... er employe... ...

... ease grow u... An...one
... g to "hire you," can easily
... ANYONE you... ... er
... d for. We all have the same
... checked.)

... e   Reply

**...uy Goodwi...**
... ted initials. You decided to
... names & defame the nam...
... ow, we know you think*
... PRO at law suits. But,
... g stupid people doesn't win
... nts. We aren't stupid. Neither
... almart. My guess is (no, not
... ...) - If I explain this situation
... mart Corporate, ... on't need
... ny house attorney, for a
... decist. They ... ... in &
... ... ...

... ...ng as
... ...al Night Water
an... ...ng

  

...ks above of Ms. Peterman continued ... subsequent to the report being made ... ... oes to this day.

Interestingly, during our research ... ... 2 weeks prior to ... 7, ... ... a test... by Ms. ... ... ... malic... ... ... ... ...

Today ...

Hey Just read what she wrote again. Fyi, todd and I w... in an car accident where w... were rear ended. After ... stopped working for her she contacted the other insurance company and told them we were trying to ... ... ... they said while ... investigation was done ... ... and her claim ... informed. She ... ... ... to com... ... insurance from ... and ... say... thing if she hasn't already.