EXHIBIT "F"

On April 10, 2018, at 10:32 AM Director Pratt informed Ms. Parkinson that she had located Ms. Parkinson's basic information in USEF's system:

> On Apr 10, 2018 10:32 AM, Emily Pratt <epratt@usef.org> wrote:
>
> Hi Kat,
>
> Thank you for the quick reply. I found your old information in our system.
>
> Emily
>
> **EMILY PRATT**
> Director, Regulation Dept.
> t [illegible] f [illegible]
> e epratt@usef.org
> usequestrian.org

Less than an hour later, Pratt informed Ms. Parkinson that she had forwarded information to the USEF legal department. One of Pratt's primary concerns was Ms. Parkinson's membership status. No mention was made of how the USEF intended to handle Ms. Parkinson's report of Kanarek. * NOTE: According to Director Pratt's email Ms. Parkinson had specifically provided USEF with information regarding Lauren Kanarek and her abusive actions. At this time or shortly thereafter Ms. Parkinson filed a complaint with the Federation against Kanarek:

> On Apr 10, 2018 11:16 AM, Emily Pratt <epratt@usef.org> wrote:
>
> Hi Kat,
>
> I am following up on the information you provided to me on Lauren Kanarek. I am currently pulling general membership information and other relevant information for a review by our legal department. Can you confirm if you are currently or have ever been a member of USEF? I know that you are a regular participant at Licensed Competitions as a Night Watch and Braider but I have not been able to find you in our membership database.
>
> Kind Regards,
>
> Emily
>
> **EMILY PRATT**
> Director, Regulation Department
> t 859 225 6956  f 859 258 9792
> e epratt@usef.org
> usequestrian.org