```
```

EXHIBIT "G"

On Oct 26, 2018 5:53 AM, Kat Parkinson <pnwandb@hotmail.com> wrote:

On Oct 26, 2018 4:51 AM, Kat Parkinson <pnwandb@hotmail.com> wrote:

Hi Emily, just following up on my complaint against Lauren Kanarek. I see that she is still competing in Usef shows...and still harrassing me. I have attached her comments from my Instagram gram page from a couple of weeks ago on October 9th 2018.  Is Usef going to be able to support me? Kathryn