EXHIBIT "H"

By November 7, 2018, USEF still has not responded. Again, Ms. Parkinson reaches out questioning why nothing has been done:

From: Kat Parkinson <pnwandb@hotmail.com>
Date: Nov 7, 2018 11:39 AM
Subject: RE: Harrassment
To: Emily Pratt <epratt@usef.org>
Cc:

Hi Emily, is anything happening with USEF regarding this? Kat