EXHIBIT "I"

1

# JOSEPHINE "JOEY" ANN STAGAARD COMPLAINTS FILED WITH USEF REGARDING BEING VICTIMIZED BY LAUREN KANAREK, INCLUDES ADDITIONAL RELATED MESSAGING.

Ms. Stagaard is not a horseperson. However, she has been a victim of harassment, stalking, bullying and extreme emotional abuse at the hands of Lauren Kanarek. In desperation Ms. Stagaard contacted USEF to report Lauren Kanarek. These reports were handled by USEF employees Emily Pratt and Sarah Gilbert.

On April 3, 2018, Ms. Stagaard spoke with USEF employee Gilbert explaining her crisis. Ms. Stagaard immediately backed up her phone call with the following email and included some of Kanarek's disturbing messages.



SARAH GILBERT
Legal Assistant
t 859 225 2022
e sgilbert@usef.org
usequestrian.org

*This e-mail is sent by an attorney's agent and is intended only for the addressee's use and may contain confidential and privileged information. if you are not the intended recipient, you are hereby notified that any retention, dissemination, reproduction, or use of the information contained in this e-mail is strictly prohibited. If you have received this e-mail by error, please delete it and immediately notify the sender. Thank you for your cooperation.*

**From:** Joey Ann Stagaard [mailto:jstagaard@yahoo.com]
**Sent:** Tuesday, April 03, 2018 3:03 PM
**To:** Sarah Gilbert <sgilbert@usef.org>
**Subject:** Here are just some of the hundreds of Facebook msgs she sent

.391(b)(2)

Sarah.

Good afternoon, this is Joey, I just got off the phone with you in regards to Lauren Kanarek. Lauren has been harassing, cyber bullying, etc. me since November 2015. I have never physically met Lauren or even spoken to her on the telephone. 20 years ago Lauren dated my fiancé Carmen. Apparently she cyber bullies every girl Who dated or is married to an ex-boyfriend she had.

I had a son who passed away 20 years ago from drowning in a pool and she is calling me a murderer on Facebook. Including but not limiting to many other disparaging remarks about me.

I believe Lauren might have some kind of mental illness or I was told from my fiancé there are serious drugs involved.

Apparently Lauren has been doing this too many other girls who have gotten in touch with me. I want this tyrant to be responsible for her actions.

Attached are just some of the many messages she has sent

11/23/24, 12:43 PM

AOL Mail - Fw: Lauren Kanarek letters

 Facebook 🛜

10:07 AM
Lauren Kanarek ❯

✦ ⚡ 90%

4

longer think or make decisions for himself. That's rape.. Good thing I know law. I will not stop until you're finished in Carmen land.

You missed a call from a contact.

Don't you think it's sad that the person you're with has NO EARTHLY idea of what is going on around him.. Are you THAT pathetic and insecure that you need to take advantage of a guy who just had a stroke so no one will leave you? Well, we will have you removed. By legal force if necessary. Don't you find it sad that you can't get a completely functional man to get anywhere near you? You met Carmen a few months ago.. We have known him all his life.... You really think you're gonna win this?



Facebook

10:07 AM
Lauren Kanarek ›

90%



**Hey.. There's this song called.. "I'm ugly and I don't know why," by Butt Trumpet. It was written about you:-)**

**Oooh. Honey... I've got a bag if tricks for you. (Yes, you are a trick.. But your not in this bag..) We WILL have the authorities find Carmen and have medical professionals assess his state of being.. You are a leech. He only has certain funds he lives on.. Any extra money he received will be taken away from him immediately. I promise.. You will be found to be reckless and negligent (like you were when you killed your own child) .. And Carmen will not be allowed to be within a certain distance of you. Mark my words.. Say bye byes now... (And maybe get some Botox..)**

**Do you notice your FB friends list getting smaller? You've already been defriended by 5 people.. By the end of** <u>tonight</u>**... EVERYONE will know you murdered your son and you're molesting a grown man who can no longer think or make decisions for himself. That's rape.. Good thing I know law. I will not stop until you're finished**



Eww... Who would date you??? Oh.. I forgot.. The only guy on the planet who hasn't had a girlfriend for 20 years since his last one.. Me. Awww... Did Joey get jealous that Carmen was talking to me? He will always talk to me over you.. I promise sweetie..

You think he's not going to call me when your old turkey neck self leaves his presence? Right. Keep thinking that...

Hey.. There's this song called.. "I'm ugly and I don't know why," by Butt Trumpet. It was written about you:-)

Oooh. Honey... I've got a bag if tricks for you. (Yes, you are a trick.. But your not in this bag..) We WILL have the authorities find Carmen and have medical professionals assess his state of being.. You are a leech. He only has

AOL Mail - Fw: Lauren Kanarek letters

7

Facebook

10:07 AM
Lauren Kanarek ›

about a week..) But, I understand why
Carmen would still be thinking of that..
It was devastating for him I'm sure..
Then again, I'm the girl who got away.
Your e the old lady with whom Carmen
decided to make his cum dumpster...
Hahah...

Do yourself a favor.. Seriously.. DO NOT
be disrespectful to Carmen's sisters or
mother... You won't like life, I promise.



Sweetie.. You don't know me..maybe
you should be afraid.. (Not so much of
me & as your wrinkly face, yellow
crooked teeth and 80's wardrobe..) Be
afraid of that. It's frightening..

Why would I know you're not afraid? Do
you think you have some kind of "bad
ass," reputation I would have heard
about? You don't.

11/23/24, 12:43 PM

AOL Mail - Fw: Lauren Kanarek letters

 Facebook

10:07 AM

Lauren Kanarek ⟩

90%

8

So... I guess you know what I said... Otherwise... How would you know it wasn't nice? I don't have to be nice to you.. You're ugly and stupid and I think you should overdose like now...



On top of it all..you're a fucking liar. I wrote like 4 messages. You didn't hit delete on all of them. Yes, you're ugly and stupid... In what future for any person over 19 is there an honor society? Drug addict? Seriously... At least say things that are true... Yep.. I was a stripper!!! (17 years ago for about a week..) But, I understand why Carmen would still be thinking of that.. It was devastating for him I'm sure.. Then again, I'm the girl who got away. Your e the old lady with whom Carmen decided to make his cum dumpster... Hahah...

Do yourself a favor.. Seriously.. DO NOT

Sent from Yahoo Mail for iPad

about:blank