EXHIBIT "J"

**From:** mlbarisone@hotmail.com,
**To:** Dqlara@verizon.net,
**Subject:** Fwd: Relief
**Date:** Mon, Jan 3, 2022 2:30 pm

---

Get Outlook for iOS

---

**From:** michael barisone <mlbarisone@hotmail.com>
**Sent:** Saturday, August 3, 2019 12:43:04 AM
**To:** skeating@usef.org <skeating@usef.org>
**Subject:** Relief

Sonia, I know it is Friday night so forgive my timing. I approached usef, both you and Murray about our issues with these people numerous times. This is a disaster. We are living under siege. We have left our home in fear. The police keep coming with no results. Lawyers aren't getting anything done. We are prisoners in our own stables and lives. These clients have been told to leave and refuse. There are no legal means to remove people with horses from your farm. Threats, bullying, harassment, coercion, fear tactics. There are hundreds of pages of evidence and 3 separate individuals have sent usef information on these people with no investigation. Now they are destroying our lives. This is like a movie. We need relief. Why weren't they investigated? We believe that they have our farm bugged. We are being videoed. They are predators. In whatever way I need relief and an investigation into them immediately. If this turns out in a disaster which is imminent someone will be responsible. I have quit. They Harrah me about I must train them and keep their horses. I refuse. They threaten. They come to my barn in the middle of the night. The police come. Do nothing. We are sleeping in the stable aisles. We are in fear for our safety and lives. There are no real channels in the public law enforcement to deal with this, yet usef has be approached 3 times by people warning them. Safe sport was designed to deal with abuse and predators..... unfortunately it seems to only care about sexual predators.... there are other types. We need relief. I need someone to call me 908-229-1182. Immediately. Get an official here. Help us. We are being asked to be slaves by these lunatics. We want them gone. But the stupid governmental agencies say it's a 4 week eviction. We will lose our staff, clients, everything. Emily and Sarah got info on them 2 years ago and did nothing. Who is responsible.? Please help, Michael

Sent from my Samsung Galaxy Tab S