EXHIBIT "K"







99-008



