**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

MICHAEL BARISONE,

Plaintiff,

25 **CIVIL** 7458 (ER)

-against-

**JUDGMENT**

UNITED STATES EQUESTRIAN FEDERATION,

Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 17, 2026, USEF's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

August 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**